UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24220-ALTMAN

**VICTOR MANZANARES MARQUEZ**,

    *Plaintiff*,

v.

**HEALTHCARE REVENUE RECOVERY GROUP LLC**,

    *Defendant*.

_____/

## ORDER

The parties filed a Notice of Settlement [ECF No. 12], telling us that they have resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a stipulation of dismissal on or before **January 30, 2025**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on December 16, 2024.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record